Sheila R. Schwager, ISB No. 5059
Devin G. Bray, ISB No. 12204
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 W. Main Street, Suite 200
Boise, Idaho 83702
Telephone: 208.344.6000
Facsimile: 208.954.5261
Email: sschwager@hawleytroxell.com
          dbray@hawleytroxell.com

Mark B. Perry, ISB No. 3345
Perry Law, P.C.
2627 West Idaho Street
P.O. Box 637
Telephone: 208.338.1001
Facsimile: 208.338.8400
Email: mbp@perrylawpc.com

Attorneys for Weitz & Luxenberg, P.C., Niemeyer
Grebel & Krus, LLC, and Joel Nash, L.P.A.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>JEFFREY LYLE PEDERSEN, and WENDY SUE PEDERSEN<br><br>    Debtors. | Case No. 13-40824-NGH<br><br>Chapter 7 |
| KIMBERLY L. STEVENS, as Trustee of the Bankruptcy Estate of Jeffrey and Wendy Pederson,<br><br>    Plaintiff,<br><br>vs.<br><br>WEITZ & LUXENBERG, PC, a New York Professional corporation, NIEMEYER GREBEL & KRUS, LLC, a Missouri limited liability company, and JOEL NASH, L.P.A., an Ohio limited partnership,<br><br>    Defendants. | Adversary Proc. No. 24-08011-NGH<br><br><br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 1

The Defendants Weitz & Luxenberg, PC, Niemeyer Grebel & Krus, LLC, and Joel Nash, L.P.A. (collectively "**Defendants**"), by and through their attorneys of record, Hawley Troxell Ennis & Hawley LLP, and Perry Law, P.C., hereby files this notice of appeal pursuant to Idaho Local Bankruptcy Rule 8001-1, Federal Rule of Bankruptcy Procedure 8003(a), and this Court's Form 417A.

### <u>NOTICE OF APPEAL AND STATEMENT OF ELECTION</u>

**<u>Part 1: Identify the appellant(s)</u>**

1. Name(s) of appellant(s):

**Weitz & Luxenberg, PC, a New York Professional corporation**
**Niemeyer Grebel & Krus, LLC, a Missouri limited liability company**
**Joel Nash, L.P.A., an Ohio limited partnership**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☐ Plaintiff

☒ Defendant(s)

☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Debtor

☐ Creditor

☐ Trustee

☐ Other (describe: _____

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 2

## Part 2: Identify the subject of this appeal

1.  Describe the judgment–or the appealable order or decree-from which the appeal is taken:

    **Judgment entered February 19, 2026 (Dkt. No. 66), and associated Memorandum of Decision granting Trustee's motion for summary judgment (Dkt. No. 54), and associated Order Denying Motion to Retain and Vacating Trial (Dkt. No. 58); and**

    **Summary Order Denying Motion to Reconsider entered April 8, 2026 (Dkt. No. 72)**

2.  State the date on which the judgment-or the appealable order or decree-was entered:

    **April 8, 2026, Summary Order Denying Motion to Reconsider Judgment under Rule 9023 and Rule 9024, entered February 19, 2026.**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment-or the appealable order or decree-from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1.  **Weitz & Luxenberg, PC, a New York Professional corporation**: c/o Sheila R. Schwager, Hawley Troxell Ennis & Hawley LLP, 877 W. Main St., Suite 200, Boise, Idaho 8370, (208) 344-6000

2.  **Niemeyer Grebel & Krus, LLC, a Missouri limited liability company**: c/o Sheila R. Schwager, Hawley Troxell Ennis & Hawley LLP, 877 W. Main St., Suite 200, Boise, Idaho 83701, (208) 344-6000

3.  **Joel Nash, L.P.A., an Ohio limited partnership**: c/o Sheila R. Schwager, Hawley Troxell Ennis & Hawley LLP, 877 W. Main St., Suite 200, Boise, Idaho 83701, (208) 344-6000

4.  **Kimberly L. Stevens, as Trustee of the Bankruptcy Estate of Jeffrey and Wendy Pederson**: c/o Daniel C. Green, Heidi Buck Morrison, Racine Olson, PLLP, 201 E. Center Street, Pocatello, Idaho 83204, (208) 232-6101

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 3

the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐    Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

Date: _April 21, 2026_

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
Sheila R. Schwager, ISB No. 5059
Attorneys for Weitz & Luxenberg, P.C.,
Niemeyer Grebel & Krus, LLC, and Joel Nash,
L.P.A.

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 4

67184.0001.4900-4488-9507.2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2026, I electronically filed the foregoing NOTICE OF APPEAL AND STATEMENT OF ELECTION with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to those identified in the CM/ECF system for this matter, at the time this document was filed, including the following persons:

| | |
|---|---|
| Heidi Buck Morrison | heidi@racineolson.com |
| Daniel C. Green | dan@racineolson.com |
| Kimberly L. Stevens | kim@utlegal.net |
| John O Avery | joa@averylaw.net; averybklaw@gmail.com |
| Kate Wheeler Peterson | kpeterson@parsonsbehle.com |
| Mark Bradford Perry | mbp@perrylawpc.com |

Sheila R. Schwager

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 5

67184.0001.4900-4488-9507.2